TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00033-CV

LaVernia Nursing Facility, Inc. d/b/a Country Care Manor, Appellant

v.

Charlotte Alexander, as Heir of Velma Buchanan, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. GN002471, HONORABLE JOSEPH H. HART, JUDGE PRESIDING 

PER CURIAM

 Appellant LaVernia Nursing Facility, Inc. d/b/a Country Care Manor filed an
unopposed motion to dismiss its appeal pursuant to a settlement agreement between the parties. 
We grant the motion and dismiss this appeal. Tex. R. App. P. 42.1(a)(2). 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: May 3, 2001

Do Not Publish